UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Becky Barnes-Boers,<br><br>        Plaintiff,<br><br>  v.<br><br>Chico Crossroads, L.P., a Delaware Limited Partnership; Kimco Chico 1446A, Inc., a Delaware Corporation; and Does 1-10,<br><br>        Defendants. | No. 2:13-cv-01581-GEB-CMK<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

        The Status (Pretrial Scheduling) Conference scheduled for hearing on November 25, 2013, is continued to February 3, 2014, at 9:00 a.m., since the parties' Joint Status Report ("JSR") November 12, 2013, has not shown that this action should be scheduled. Although Plaintiff states in the JSR that "[t]he complaint has been duly served," Defendant Kimco Chico 1446A, Inc. has not yet appeared and did not participate in filing the JSR. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Kimco Chico 1446A, Inc. with process within the 120 day period prescribed in that Rule may result in that defendant being dismissed. To avoid dismissal, on or before December 2, 2013,

1

Plaintiff shall file proof of service for Defendant Kimco Chico 1446A, Inc. or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: November 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge