UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Becky Barnes-Boers,<br><br>        Plaintiff,<br><br>  v.<br><br>Chico Crossroads, L.P., a Delaware Limited Partnership; Kimco Chico 1446A, Inc., a Delaware Corporation; and Does 1-10,<br><br>        Defendants. | No. 2:13-cv-01581<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

       This action does not appear ready to be scheduled. Although Plaintiff states in the Joint Status Report ("JSR") filed on December 30, 2013, that "[t]he complaint has been duly served," Defendant Kimco Chico 1446A, Inc. has not yet appeared and did not participate in filing the JSR. (JSR 2:1-2.) Further, Defendant Chico Crossroads, L.P., states in the JSR that it "is informed and believes that [Defendant Kimco Chico 1446A, Inc.] no longer exists." (Id. at 2:3-5.)

       Therefore, a Status (Pretrial Scheduling) Conference is scheduled for hearing on March 3, 2014, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff shall

1

address her intentions in prosecuting this action against Defendant Kimco Chico 1446A, Inc. Plaintiff is notified that this defendant may be dismissed under Federal Rule of Civil Procedure 41(b) for lack of prosecution if Plaintiff fails to adequately respond to this Order.

        IT IS SO ORDERED.

    Dated:   January 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge